UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-00899 DMG (PLAx) | Date | February 7, 2012 |
|---|---|---|---|

| Title | *Alpha Capital Anstalt v. Weikang Bio-Technology Group Co., Inc.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On February 1, 2012, Plaintiff Alpha Capital Anstalt filed a complaint against Defendant Weikang Bio-Technology Group Co., Inc. for breach of contract, anticipatory breach of contract, and declaratory relief. Plaintiff asserts subject matter jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332(a)(2).

As alleged, Plaintiff is a citizen of Liechtenstein and Defendant is a citizen of both China and Nevada, having its principal place of business in the former and its charter in the latter (Compl. ¶¶ 3-4). *See* 28 U.S.C. § 1332(c)(1). Based on these allegations, it appears that complete diversity does not exist between the parties. *See Nike, Inc. v. Comercial Iberica de Exclusivas Deportivas, S.A.*, 20 F.3d 987, 990-91 (9th Cir. 1994).

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of diversity jurisdiction. Plaintiff shall file its response on or before **February 17, 2012**.

**IT IS SO ORDERED.**